EXHIBIT 1



634

## The STATE OF TEXAS
### Marriage License
### COUNTY OF TAYLOR

To Any Person Authorized by the Laws of the State of Texas to Celebrate the Rites of Matrimony in the State of Texas

**GREETING:**

YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

**RITES OF MATRIMONY**

Between Mr. _Eliodoro Tapia Jr_

and Miss _Letisha Nicole Hungerford_

and make due return to the Clerk of the County Court of said County within Thirty days thereafter, certifying your action under this License

Witness my official signature and seal of office at office in ___Abilene,___ Texas, this the __11th__ day of __February__ A.D. __2000__ At __4:05__ O'Clock __P__ M.

___Janice Lyons,___ Clerk County Court
___Taylor___ County, Texas
By ___Brandy Sifuentes___ Deputy

I hereby certify that on the __19th__ day of __February__ A.D. __2000__ At __3:35__ O'Clock __P__ M. I united in Marriage the parties above named.

Witness my hand this __19th__ day of __February__ A.D. __2000__

County of Marriage:

___(signature)___
Signature of person performing ceremony

___A. L. Deatherage___
Type or printed name of person performing ceremony

___Justice of the Peace___
Title of person performing ceremony

___Taylor___ County, Texas   ___301 Oak, Abilene, Texas___
Address of person performing ceremony

Returned and filed for record the __22nd__ day of __February__ __2000__
and recorded the __22nd__ day of __February__ __2000__
in Book __109__ Page __691__ Marriage Records of __Taylor__ County
By ___Hazel Tedford___ Deputy ___Janice Lyons,___ County Clerk

# Marriage License

**634**

Mr. Eliodoro Tapia Jr

and

Miss Letisha Nicole Hungerford

Issued the 11th day of February 2000

By Brandy Silvertag, Deputy
Janice Lyons, Elect County Court

Filed the 22nd day of February 2000

By Brandy Silvertag, Deputy
Janice Lyons, Elect County Court

By Aleph Telfoll, Deputy
Clerk County Court

Recorded in Book 109 Page 691 of Marriage Records

### RETURN LICENSE TO

Mr. & Mrs. Eliodoro Tapia Jr
St. 1201 Chestnut
City Abilene
State Texas 79602

ACCORDING TO CHAPTER 273, SEC. 1, SUB-SEC. 1.07 OF THE FAMILY CODE, THE MARRIAGE CEREMONY MAY NOT TAKE PLACE DURING A 72 HOUR PERIOD IMMEDIATELY FOLLOWING THE ISSUANCE, THIS LICENSE IS NOT VALID UNTIL THE 14th DAY OF February 2000 AT 4:05 O'CLOCK PM UNLESS WAIVED BY A COURT ORDER OF A DISTRICT COURT, COUNTY COURT-AT-LAW WITH DOMESTIC JURISDICTION OR AN APPLICANT IS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES AND IS ON ACTIVE DUTY.

In accordance with SECTION 1. Subsection (a), Section 1.81, Family Code, effective 4-11-85, this Marriage License expires at the end of the 30th day that the License was issued if the marriage ceremony has not been conducted within that period.

|  | DATE OF BIRTH | AGE |
|---|---|---|
| Mr. Eliodoro Tapia Jr | 9-27-78 | 21 |
| Miss Letisha Nicole Hungerford | 7-14-81 | 18 |

### PERSONS AUTHORIZED TO CONDUCT CEREMONY

Sec. 183, Family Code. The following persons are authorized to conduct marriage ceremonies:
(1) Licensed or ordained ministers and priests;
(2) Jewish Rabbis
(3) Persons who are officers of religious organizations and who are duly authorized by the organization to conduct marriage ceremonies; and
(4) Justices of the Supreme Court, Judges of the Court of Criminal Appeals, Justices of the Courts of Appeals, Judges of the District, County, and Probate Courts, Judges of the County Courts at Law, Courts of Domestic Relations and Juvenile Courts, retired Justices of the Peace, and such Courts, Justices of the Peace, retired Justices of the Peace, and Judges and Magistrates of the Federal Courts of this state.

By my signature I affirm that I have distributed to each applicant the printed materials relating to AIDS and HIV infection prepared by the Texas Department of Health as required by Section 3, Chapter 1195, Subsection (e), Sec. 1.07, Acts of the 71st Legislature, Regular Session, 1989.

February 11, 2000

Brandy Silvertag, Deputy